```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| EMALEEN COVINGTON, | Civil Action |
| Plaintiff, | No. 16-7251 (JBS-AMD) |
| v. | **MEMORANDUM OPINION** |
| STATE OF NEW JERSEY, CAMDEN COUNTY CORRECTIONAL FACILITY, | |
| Defendants. | |

**SIMANDLE, Chief District Judge**

Plaintiff Emaleen Covington seeks to bring this civil action but has not submitted either the $350 filing fee and $50 administrative fee or an application to proceed *in forma pauperis* ("IFP"). This matter shall therefore be administratively terminated pending submission of either the filing and administrative fees or a completed IFP application.

An appropriate order follows.

**October 18, 2016**          **s/ Jerome B. Simandle**
Date                          JEROME B. SIMANDLE
                              Chief U.S. District Judge